**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Louis SAYLES, Defendant–Appellant.**

**No. 15–1212.**

United States Court of Appeals,
Eighth Circuit.

Submitted: June 16, 2015.

Filed: June 18, 2015.

Laine Cardarella, Fed. Public Defender, Kansas City, MO, for appellant.

Justin G. Davids, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

**PER CURIAM.**

At a supervised-release revocation hearing, Louis Sayles admitted to the district court[1] that he had committed several Grade C violations of his release conditions while serving a second period of supervised release. The court revoked supervised release, and after hearing argument from both sides as to an appropriate revocation sentence and giving Sayles the opportunity for allocution, the court sentenced him to 15 months in prison with no additional supervised release. On appeal, Sayles contends that the sentence is substantively unreasonable because the district court did not adequately consider the 18 U.S.C. § 3553(a) sentencing factors. After careful review of the district court's remarks at the revocation hearing, we reject Sayles's argument, and conclude that the court did not abuse its discretion. *See United States v. Miller*, 557 F.3d 910, 915–16 (8th Cir.2009) (standard of review). The judgment is affirmed, and we grant counsel leave to withdraw.

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.